■ In the Matter of MAX COHEN, Appellant, v GRAINGER, TESORIERO & BELL et al., Respondents. [638 NYS2d 329] —In a proceeding pursuant to Judiciary Law § 475 to enforce an attorney's lien, the petitioner appeals on the ground of inadequacy from an amended judgment of the Supreme Court, Richmond County (Leone, J.), dated January 12, 1995, which is in his favor and against the respondents in the principal sum of $7,853.92.

Ordered that the amended judgment is affirmed, with costs.

We reject the appellant's contention that the Supreme Court improperly followed the remittitur instructions of the Court of Appeals in *Matter of Cohen v Grainger, Tesoriero & Bell* (81 NY2d 655), when it determined the appellant's fee. The Supreme Court properly calculated the appellant's fee in accordance with those instructions, and the amount awarded to the appellant was reasonable in all respects. Rosenblatt, J. P., Sullivan, Copertino, Santucci and Goldstein, JJ., concur.

■ In the Matter of IVIE DEMOLINA, Petitioner, v MICHAEL F. MULLEN, as Justice of the Supreme Court of the State of New York, et al., Respondents. [638 NYS2d 316] —Proceeding pursuant to CPLR article 78 in the nature of prohibition, *inter alia,* to enjoin the respondents from enforcing an order of the Supreme Court, Suffolk County (Mullen, J.), dated November 27, 1995.

Upon the petition, the papers filed in support of the proceeding, and the papers filed in opposition thereto, it is

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

"Because of its extraordinary nature, prohibition is available only where there is a clear legal right, and then only when a court—in cases where judicial authority is challenged—acts or threatens to act either without jurisdiction or in excess of its authorized powers" *(Matter of Holtzman v Goldman,* 71 NY2d 564, 569; *see, Matter of Rush v Mordue,* 68 NY2d 348, 352). The petitioner has failed to demonstrate a clear legal right to the relief sought. Mangano, P. J., Bracken, Balletta, Rosenblatt and Sullivan, JJ., concur.